JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JOANNE GAINES and JOHNNIE CAVE, on behalf of themselves and all others similarly situated, | Case No. SACV08-667 JST (RNBx) |
| | The Hon. Josephine Staton Tucker |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| HOME LOAN CENTER INC. d/b/a LENDINGTREE LOANS; LENDINGTREE, LLC; and DOES 1 through 10, | |
| Defendants. | Complaint Filed: June 13, 2008 |

On Monday, December 5, 2011, the Motions for Summary Judgment or, in the alternative, Partial Summary Judgment of defendants Home Loan Center, Inc. and LendingTree, LLC (collectively "Defendants") came on for hearing, the Honorable Josephine Staton Tucker, District Judge presiding. Defendants appeared by and through Aaron J. Malo and Isaiah Z. Weedn of Sheppard, Mullin, Richter & Hampton LLP. Plaintiff appeared by and through Michael R. Reese of Reese Richman LLP and Deborah Clark-Weintraub of Whatley Drake & Kallas LLC. The evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered as reflected in the following orders:

    (a) Doc. 177, the Order Granting (1) Defendant Home Loan Center, Inc.'s Motion for Summary Judgment (Doc. 112) and (2) Defendant LendingTree, LLC's Motion for Summary Judgment (Doc. 113); and

    (b) Doc. 181, the Order (1) Denying Plaintiff's Motion for Reconsideration (Doc. 178) and (2) Vacating All Future Hearing Dates;

IT IS ORDERED, ADJUDGED, AND DECREED that plaintiff Joanne Gaines shall take nothing by her Second Amended Complaint and that JUDGMENT IS HEREBY ENTERED in favor of Defendants. Defendants are the prevailing parties and shall be entitled to costs of suit herein.

Dated: February 07, 2012

HON. JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE