UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JOANNE GAINES and JOHNNIE CAVE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOME LOAN CENTER INC. d/b/a LENDINGTREE LOANS; LENDINGTREE, LLC; and DOES 1 through 10,<br><br>Defendants. | Case No. SACV08-667 JST (RNBx)<br><br>**AMENDED JUDGMENT** |

On Monday, December 5, 2011, the Motions for Summary Judgment or, in the alternative, Partial Summary Judgment of defendants Home Loan Center, Inc. and LendingTree, LLC (collectively "Defendants") came on for hearing, the Honorable Josephine Staton Tucker, District Judge presiding. Defendants appeared by and through Aaron J. Malo and Isaiah Z. Weedn of Sheppard, Mullin, Richter & Hampton LLP. Plaintiff appeared by and through Michael R. Reese of Reese Richman LLP and Deborah Clark-Weintraub of Whatley Drake & Kallas LLC. The

evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered as reflected in the following orders:

      (a)    Doc. 177, the Order Granting (1) Defendant Home Loan Center, Inc.'s Motion for Summary Judgment (Doc. 112) and (2) Defendant LendingTree, LLC's Motion for Summary Judgment (Doc. 113); and

      (b)    Doc. 181, the Order (1) Denying Plaintiff's Motion for Reconsideration (Doc. 178) and (2) Vacating All Future Hearing Dates.

In addition, on Thursday, June 28, 2012, the Court, having received, reviewed, and fully considered the briefs and evidence presented by the parties in support of and in opposition to Defendants' Motion to Retax Costs (including all materials filed in support of and in opposition to Defendants' Application to the Clerk to Tax Costs), granted in part and denied in part Defendants' Motion to Retax Costs as reflected in Doc. 201, the Order Granting In Part And Denying In Part Defendants' Motion To Retax Costs (Doc. 197).

IT IS ORDERED, ADJUDGED, AND DECREED that plaintiff Joanne Gaines shall take nothing by her Second Amended Complaint and that JUDGMENT IS HEREBY ENTERED in favor of Defendants.  Defendants are the prevailing parties and shall be entitled to costs in the amount of $5,292.92 against Plaintiff.

Dated: _August 28, 2012_                        _____

                                         HON. JOSEPHINE STATON TUCKER
                                         UNITED STATES DISTRICT JUDGE